# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

In re:                                                    Case No. 17-42493

SCOTT VOLLHARDT,                                          Chapter 13

               Debtor.                         Judge Thomas J. Tucker
_____/

## ORDER DISMISSING CASE

On February 22, 2018, the Court entered an order entitled "Order Requiring the Personal Representative of the Estate of the Debtor Scott Vollhardt to Show Cause in Writing Why This Case Should Not Be Dismissed Due to the Debtor's Death" (Docket # 49, the "Show-Cause Order"), which provided, in relevant part:

> IT IS ORDERED that no later than **March 8, 2018**, the Personal Representative of the Estate of Scott Vollhardt must file a written response to this Order, showing cause why the Court should not dismiss this case under Fed. R. Bankr. P. 1016, on the ground that Scott Vollhardt is deceased.

The Personal Representative of the Estate of Scott Vollhardt did not file a response to the Show-Cause Order by the March 8, 2018 deadline, and to date, has not filed a response.

IT IS ORDERED that this bankruptcy case is dismissed under Fed. R. Bankr. P. 1016, because the Debtor is deceased.

**Signed on March 9, 2018**



/s/ Thomas J. Tucker
_____
**Thomas J. Tucker**
**United States Bankruptcy Judge**